1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT - CALIFORNIA

| | |
|---|---|
| EGAN PLUMBING, INC., | CASE NO. CV 09 4491 CW (ARB) |
| Plaintiff, | CASE TYPE: CIVIL<br>JURISDICTION: Over $75,000 |
| v. | [PROPOSED] ORDER |
| ARROWOOD SURPLUS LINES INSURANCE COMPANY f/k/a ROYAL SURPLUS LINES INSURANCE COMPANY; AND LANDMARK AMERICAN INSURANCE COMPANY, | Complaint Filed: September 23, 2009 |
| Defendants. | JURY TRIAL DEMANDED |

**GOOD CAUSE HAVING BEEN SHOWN THEREFOR,**

**IT IS ORDERED:**

1. Plaintiff may file and serve the proposed First Amended Complaint stipulated to by the parties.

///

///

1

2. The First Amended Complaint will be deemed served as of the date a file endorsed copy is served via CM/ECF and/or mail upon counsel for Landmark.

Dated: __4/15/2010__            _____
                                JUDGE OF THE UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

<u>Egan Plumbing, Inc. v. Arrowood Surplus Lines Insurance Company f/k/a Royal Surplus Lines Insurance Company, et al.</u>
U.S.D.C. Northern District Case No. CV 09-4491-CW (ARB)

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 11770 Bernardo Plaza Court, Suite 350, San Diego, California, 92128.

On April 13, 2010, I caused the following document(s) described as:

## [PROPOSED] ORDER

to be served on the interested parties in this action as follows:

| | |
|---|---|
| Denis F. Shanagher, Esq. (SBN 100222)<br>LUCE, FORWARD, HAMILTON & SCRIPPS, LLP<br>Rincon Center II, 121 Spear Street, Suite 200<br>San Francisco, CA 94105-1582<br>Tel: 415-356-4600<br>Fax: 415-356-3886<br>dshanagher@luce.com | Attorneys for Defendant LANDMARK AMERICAN INSURANCE COMPANY |

☒ BY CM/ECF: I caused such document(s) to be served electronically pursuant to the U.S. District Court's Electronic Case Filing Program to be delivered electronically to those parties who have registered to become an E-Filer.

☐ BY U.S. MAIL: I caused such envelope to be deposited in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 13, 2010, at San Diego, California.

*/s/ Kris O'Connor*
Kris O'Connor

1